**Christine MIKULSKY and Stanley Mikulsky, Petitioners**

v.

**NORTHTEC, INC. and Estee Lauder, Inc. and Estee Lauder Companies, Inc., Respondents**

**No. 887 MAL 2016**

Supreme Court of Pennsylvania.

June 5, 2017

## ORDER

PER CURIAM

AND NOW, this 5th day of June, 2017, the Petition for Allowance of Appeal is DENIED.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Joseph S. EMEL, Sr., Petitioner**

**No. 40 MAL 2017**

Supreme Court of Pennsylvania.

June 5, 2017

## ORDER

PER CURIAM

AND NOW, this 5th day of June, 2017, the Petition for Allowance of Appeal is DENIED.

Justice Wecht did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Sean Joseph CICCONE, Petitioner**

**No. 27 MAL 2017**

Supreme Court of Pennsylvania.

June 5, 2017

## ORDER

PER CURIAM

AND NOW, this 5th day of June, 2017, the Petition for Allowance of Appeal is DENIED.

Justice Mundy did not participate in the consideration or decision of this matter.